IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pullum, Berlinda Renee

Printed: 9/30/08

Case Number: 07 B 10018
Judge: Wedoff, Eugene R
Filed: 6/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: August 14, 2008
Confirmed: August 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,834.00 |  |
| Secured: |  | 2,072.95 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 261.05 |
| Other Funds: |  | 0.00 |
| Totals: | 4,834.00 | 4,834.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,500.00 | 2,500.00 |
| 2. | Asset Management Holdings LLC | Secured | 0.00 | 0.00 |
| 3. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 4. | Rescap Mortgage | Secured | 6,121.95 | 766.57 |
| 5. | Asset Management Holdings LLC | Secured | 7,335.52 | 918.50 |
| 6. | Windwood Condominium Assoc. | Secured | 2,431.16 | 387.88 |
| 7. | Sprint Nextel | Unsecured | 117.84 | 0.00 |
| 8. | Capital One Auto Finance | Unsecured | 3,591.18 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 290.44 | 0.00 |
| 10. | Capital One | Unsecured | 324.24 | 0.00 |
| 11. | Aspire Visa | Unsecured | 66.08 | 0.00 |
| 12. | Capital One | Unsecured | 782.01 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 42.59 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 37.02 | 0.00 |
| 15. | Commonwealth Edison | Unsecured | 105.07 | 0.00 |
| 16. | Jefferson Capital Systems LLC | Unsecured | 1,238.06 | 0.00 |
| 17. | RMI/MCSI | Unsecured | 305.25 | 0.00 |
| 18. | Portfolio Recovery Associates | Unsecured | 88.30 | 0.00 |
| 19. | Windwood Condominium Assoc. | Unsecured | 0.00 | 0.00 |
| 20. | Capital One | Unsecured | 201.12 | 0.00 |
| 21. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 22. | Presidio/CM | Unsecured |  | No Claim Filed |
| 23. | Comcast | Unsecured |  | No Claim Filed |
| 24. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 25. | Account Recovery Service | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Pullum, Berlinda Renee | Case Number: 07 B 10018 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 9/30/08 | Filed: 6/5/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 27. | Southwest Credit Systems | Unsecured | | No Claim Filed |
| 28. | RMI/MCSI | Unsecured | | No Claim Filed |
| 29. | Village of Richton Park | Unsecured | | No Claim Filed |
| 30. | Unique Insurance | Unsecured | | No Claim Filed |
| 31. | RMI/MCSI | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 25,577.83 | $ 4,572.95 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 261.05 |
| | _____ |
| | $ 261.05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____